

**Jeffrey C. Chancas**
*Partner*
JChancas@borahgoldstein.com
O: (212) 431-1300, Ext. 611

August 23, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/26/2024
```

**Via ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   Ricardo Velasquez v. Midtown Deli Corp., a New York
      Corporation, d/b/ a Midtown Deli Grocery and
      West 9th, LLC, a New York limited liability company
      United States District Court
      Southern District of New York
      Case No. 1:24-cv-03274-VEC

Honorable Judge Caproni:

This firm represents Defendant West 9th, LLC, a New York limited liability company ("West 9th"), the landlord of the subject premises, in the above-referenced matter.

West 9th respectfully requests an adjournment of the Initial Pretrial Conference [Doc. #7] from the current scheduled date of Friday, August 30, 2024, at 10:00 a.m., to one of the following alternative Fridays: October 11, 2024; November 8, 2024; or November 15, 2024.

This is the First Request for an adjournment of the Conference.

The request for the adjournment is being made to afford West 9th's counsel more time to review the Complaint and to discuss settlement with Plaintiff's counsel. Also, the lease for the premises lists two individuals as the tenants, and not the named co-defendant, Midtown Deli Corp. The adjournment will provide time to deal with that issue.

Manhattan Office | 377 Broadway • New York, New York • T: (212) 431-1300 • F: (212) 334-0960 • **For delivery of all papers**
Queens Office | 108-18 Queens Boulevard • Forest Hills, New York • 11375 • T: (718) 263-6611 • F: (718) 263-8272
www.borahgoldstein.com



-2-

The request does not interfere with any other scheduled dates.

The request and the proposed alternative Conference dates are with the consent of Plaintiff's counsel.

Wherefore, I respectfully request that the Court grant this application.

Thank you.

Respectfully submitted,

*/s/ Jeffrey C. Chancas*
JEFFREY C. CHANCAS

---

Application GRANTED.  The Initial Pretrial Conference scheduled for Friday, August 30, 2024, at 10:00 A.M. is ADJOURNED to **Friday, November 15, 2024, at 10:00 A.M.**  The parties' deadline to file a joint letter, containing the information described on the second page of the Court's Order at Dkt. 7, and a joint proposed case management plan is extended *nunc pro tunc* from Thursday, August 22, 2024, to **Thursday, November 7, 2024**.  Defendants' time to answer is stayed until **Friday, November 15, 2024**, the new date of the Conference.

In light of the lengthy adjournment, the Court will not grant any further adjournments.

SO ORDERED.

8/26/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Manhattan Office | 377 Broadway • New York, New York • T: (212) 431-1300 • F: (212) 334-0960 • For delivery of all papers
Queens Office | 108-18 Queens Boulevard • Forest Hills, New York • 11375 • T: (718) 263-6611 • F: (718) 263-8272
www.borahgoldstein.com